### IN THE UNITED STATE BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

| | | |
|---|---|---|
| **ALEXANDER LOUIS BEDNAR** | ) | |
| | ) | **CASE NO. 19-12312** |
| **Debtor** | ) | **CHAPTER 13** |

### MOTION TO DISMISS

COME NOW the Debtor, Alexander Louis Bednar, by and through his attorney, Stephen A Harry, and moves this Honorable Court for an Order Dismissing the above stated Chapter 13 case. Debtors request a dismissal of their case without receiving a discharge. Debtor filed his case Pro se and did not complete the credit course prior to filing his petition. The Debtor anticipates re-filing a new Chapter 13 petition through counsel in the coming days.

THEREFORE, the Debtors requests an Order allowing this Chapter 13 bankruptcy case to be dismissed.

Respectfully submitted,

/s/ Stephen A. Harry
Stephen A Harry OBA # 20499
3030 NW Expressway Suite 200
Oklahoma City, OK 73112
Telephone 405-694-4353
Fax 405-213-1486
stephenaharry@sahlawoffice.com
Attorney for Debtor

### CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June, 2019, a true and correct copy of the Motion to Dismiss was electronically served using the CM/ECF system, namely:

John Hardeman, Trustee

U.S. Trustee office

Further, I certify that on the 24th day of June, 2019 copies of the Motion to Dismiss were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the creditors on the addresses shown below:

/s/ Stephen A Harry
Stephen A Harry
3030 NW Expressway Suite 200
Oklahoma City, OK 73112
405-694-4353--phone
405-213-1486—fax
stephenaharry@sahlawoffice.com
Attorney for Debtor

Christ the King School
1905 Elmhurst Ave
Nichols Hills, OK 73120

ECMC Group
111 Washington Ave South Suite 1400
Minneapolis, MN 55401

Internal Revenue Service
Special Procedures Staff
55 North Robinson, STOP 5024
Oklahoma City, OK 73102

Oklahoma County Treasurer
320 Robert S Kerr Ave Room 307
Oklahoma City, OK 73102

Radiology Associates LLC
3330 NW 56th St Suite 206
Oklahoma City, OK 73112